UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF WASHINGTON,<br><br>Defendants. | NO.<br><br><br>COMPLAINT<br><br><br>JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices based on race and to provide appropriate relief to Charging Party Darlene Hayden. As alleged with greater particularity below, Defendant, Kaiser Foundation Health Plan of Washington, subjected Darlene Hayden to a racially hostile work environment in violation of Title VII.

JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII

COMPLAINT – 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

of the Civil Rights Act of 1964, as amended, 42 U.S.C.§ 2000e-5(f)(1) and (3) (Title VII) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. Venue is proper in the United States District Court for the Western District of Washington because the alleged unlawful employment practices were committed within the Western District.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the Commission), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4. At all relevant times, Defendant, Kaiser Foundation Health Plan of Washington (Kaiser), has continuously been a non-profit corporation, doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Kaiser has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6. More than thirty days prior to the institution of this lawsuit, Darlene Hayden (Hayden) filed a charge with the Commission alleging violations of Title VII by Kaiser.

7. The Commission provided Kaiser notice of the charge of discrimination.

8. On August 20, 2021, the Commission issued to Kaiser a Letter of Determination finding reasonable cause to believe that Kaiser violated Title VII and inviting Kaiser to join with the

COMPLAINT – 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

Commission in informal methods of conciliation to endeavor to eliminate the unlawful employment practices and provide appropriate relief.

9. The Commission communicated with Kaiser to provide Kaiser an opportunity to remedy the discriminatory practices described in the Letter of Determination.

10. The Commission was unable to secure from Kaiser a conciliation agreement acceptable to the Commission.

11. On September 13, 2021, the Commission issued to Kaiser notice that efforts to conciliate Hayden's charge were unsuccessful and that further efforts would be futile or non-productive.

12. All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

13. Since at least October 2018, Kaiser has engaged in unlawful employment practices at its Tacoma Medical Center, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. 2000(e)-2(a)(1).

14. Charging Party, Darlene Hayden, is an African American woman who works for Kaiser as a Laboratory Assistant.

15. Beginning in or around October 2018 and continuing through at least August 2019, one of Hayden's non-Black co-workers, also a Laboratory Assistant, subjected Hayden to racially offensive slurs and epithets.

16. In or around October 2018, Hayden's co-worker used the racial slur, "nigga" while speaking to Hayden. Hayden informed her co-worker that she found the term offensive and asked her not to use it again.

COMPLAINT – 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

17. Hayden's co-worker ignored Hayden's requests to stop using racial epithets and repeated her use of "nigga" several times through at least August 2019. The co-worker also displayed a meme to Hayden that contained the epithet "nigger," used the word "wigga," a portmanteau of White and "nigger," and threatened that she wanted to slash Hayden's tires and break her car windows after learning Hayden had reported her offensive behavior.

18. Hayden objected each time her co-worker used racially offensive language. Between February 2019 and April 2019, Hayden reported the co-worker's conduct separately to two Lead Laboratory Assistants, who both elevated the complaints to Kaiser's Ancillary Services Manager, who was responsible for overseeing the department. The behavior did not stop.

19. When the behavior persisted, Hayden emailed Kaiser's Human Resources Service Center in April 2019 and asked for someone to contact her regarding her co-worker's derogatory comments. The Human Resources Center did not intercede, and the behavior continued.

20. In June 2019, Hayden registered another complaint with Kaiser's Compliance Hotline. Kaiser assigned an Employee Labor Relations Consultant (Consultant) to respond. The Consultant conducted an inadequate investigation, including, failing to interview key witnesses named in Hayden's hotline complaint who could corroborate Hayden's allegations. Kaiser's Consultant recommended against disciplining Hayden's co-worker and closed the file.

21. Hayden alerted Kaiser's Consultant about additional incidents involving the co-worker in August 2019. Nevertheless, Kaiser did not take any disciplinary action against the co-worker.

COMPLAINT – 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

22.     Despite having actual and/or constructive notice of the harassment alleged herein, Kaiser failed and refused to take prompt and appropriate action to halt the behavior and ameliorate the resulting hostile work environment.

23.     The effect of the practices complained of in paragraphs 13-22 above has been to deprive Hayden of equal employment opportunities and otherwise adversely affect her status as an employee because of her race.

24.     The unlawful employment practices complained of in paragraphs 13-22 above were intentional.

25.     The unlawful employment practices complained of in paragraphs 13-22 above were done with malice or with reckless indifference to the federally protected rights of the Darlene Hayden.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Kaiser, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with it, from failing to prevent and failing to promptly correct offensive, abusive, intimidating and hostile work environments on the basis of race and engaging in any other employment practice that discriminates on the basis of race.

B.     Order Kaiser to institute and carry out policies, practices, and programs which provide equal employment opportunities for African Americans and which eradicate the effects of its past and present unlawful employment practices.

COMPLAINT – 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

C.	Order Kaiser to make Darlene Hayden whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 13-22 above in amounts to be determined at trial.

D.	Order Kaiser to make Darlene Hayden whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraphs 13-22 above, including inconvenience, pain and suffering, loss of enjoyment of life, anxiety, stress, and humiliation, in amounts to be determined at trial.

E.	Order Kaiser to pay Darlene Hayden punitive damages for its malicious and reckless conduct, as described in paragraphs 13-22 above, in amounts to be determined at trial.

F.	Grant such further relief as the Court deems necessary and proper in the public interest.

G.	Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

26.	The Commission requests a jury trial on all questions of fact raised by its complaint.

Dated this 30th day of September, 2021

| | |
|---|---|
| BY: */s/ Roberta L. Steele*<br>Roberta L. Steele<br>Regional Attorney<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>San Francisco District Office<br>450 Golden Gate Ave, 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA 94102<br>TEL: (650) 684-0939<br>roberta.steele@eeoc.gov | GWENDOLYN YOUNG REAMS<br>Acting General Counsel<br><br>Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

COMPLAINT – 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882

1  BY: */s/ Damien A. Lee*
2  Damien A. Lee
   Supervisory Trial Attorney
3  EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
4  Seattle Field Office
   909 First Avenue, Suite 400
5  Seattle, WA  98104-1061
6  Telephone (206) 576-3038
   damien.lee@eeoc.gov
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 30th day of September, 2021

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
Equal Employment Opportunity Commission
909 First Ave., Suite 400
Seattle, Washington 98104
Telephone: 206-576-3028
Fax: 206-220-6911
Email: rebecca.eaton@eeoc.gov

COMPLAINT – 8

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882